UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIANA K'BURG,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　Defendant. | CASE NO. 2:24-cv-01525-LK<br><br>ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE TO EASTERN DISTRICT OF WASHINGTON |

　　　　This matter comes before the Court on the parties' Stipulated Motion to Transfer Venue to Eastern District of Washington. Dkt. No. 10.

　　　　For the convenience of parties and witnesses, and in the interest of justice, a district court has discretion to "transfer any civil action to any other district or division where it might have been brought or to any district . . . to which all parties have consented[.]" 28 U.S.C. § 1404(a). Here, a transfer to the Eastern District of Washington is appropriate because Plaintiff Briana K'Burg currently resides in Spokane, Washington, and she would have received any benefits there. Dkt. No. 10 at 1. Thus, Defendant Unum Life Insurance Company of America asserts, and K'Burg does

ORDER GRANTING STIPULATED MOTION TO TRANSFER VENUE TO EASTERN DISTRICT OF WASHINGTON - 1

1  not dispute, that the Eastern District of Washington is a more appropriate venue for this action. *Id.*
2  at 2; *see also Shields v. Am. Maritime Officers Pension Plan*, No. C06-1016TSZ, 2007 WL
3  9775501, at *1–2 (W.D. Wash. Jan. 8, 2007) (holding that venue in an ERISA case was proper
4  where plaintiff was to receive benefits). Moreover, the parties have consented to venue in the
5  Eastern District of Washington, Dkt. No. 10 at 2, and the action could have been brought there
6  originally, 29 U.S.C. § 1132(e)(2).

7  Accordingly, the Court GRANTS the parties' Stipulated Motion to Transfer Venue to
8  Eastern District of Washington. Dkt. No. 10. This case is hereby TRANSFERRED to the United
9  States District Court for the Eastern District of Washington for all further proceedings.

10  Dated this 11th day of December, 2024.

*Lauren King*

Lauren King
United States District Judge